RECEIVED
MAY 12 2015
BRIAN C. WIMES
U.S. District Judge
Kansas City, Missouri

Judge Brian C. Wimes

This letter is from Samuel A. Washington

Docket No: 13-00343-R-W-BCW

13-CR-00343-BCW-1

I Samuel A. Washington is writing this letter on behalf of my case and some issues I'm having with my attorney John R. Osgood.

I've been in St. Clair County Jail for 20 months now I got arrested on 09/06/13, on 05/04/14 I appeared before U.S. District Judge Beth Phillips and entered a plea of guilty to a two-count Superseding Indictment, pursuant to a written plea agreement that charged me with armed bank robbery and use of a firearm during a violent crime, that was 11 months ago and I still haven't gotten a set sentencing date yet, so I'm very concern about this situation. I'm needing to know what's going on with my sentencing date and why is it taking so long to get one set, so I would like for you or your clerk if possible to send me a letter telling me what's going on with my sentencing date, and if there's already one set for me I would like to know when and what time is it set for. I've tryed many time's to contact my attorney to find all this stuff out and all I get is him saying that he don't know anything, a denyed call, no reply to my e-mail or letter's and I feel that it's not fare that I'm waiting in the dark not knowing what's going on so I would gradely appreciate if you send me something back letting me know what's going on. Thank you Samuel A. Washington